## LADD V. LAWSON.

*Assumpsit.*

(Decided May 18, 1909.  49 South. 1037.)

APPEAL from Jackson Circuit Court.

Heard before Hon. W. W. HARALSON.

VIRGIL BOULDIN, for appellee.

JOHN B. TALLEY, for appellee.

Per curiam.  Affirmed on certificate.

---

## LOGAN V. THE STATE.

*Crime.*

(Decided June 3, 1909.  49 South. 1037.)

APPEAL from Chilton Circuit Court.

Heard before Hon. W. W. PEARSON.

J. O. MIDDLETON, and TIPTON MULLINS, for appellant.

ALEXANDER M. GARBER, Attorney-General, for the
state.

Per curiam.  Appeal dismissed on motion of appel-
lant.

---

## LOUISVILLE & NASHVILLE R. R. CO. V. GASTON, JUDGE.

*Action for Taxes.*

(Decided May 20, 1909.  49 South. 412.)

APPEAL from Montgomery City Court.

Heard before Hon. A. D. SAYRE.

GREGORY L. SMITH, H. L. STONE, GEORGE W. JONES,
and J. MANLY FOSTER, for appellant.

ALEXANDER M. GARBER, Attorney-General, H. C. SEL-
HEIMER, and S. D. WEAKLEY, for appellee.

SIMPSON, J.  Affirmed on the authority of *Southern
Ry. Co. v. Green, Judge,* 106 Ala. 396; 49 South. 404.

DOWDELL, C. J., DENSON, McCLELLAN and MAYFIELD,
JJ., concur.  ANDERSON, J., dissents.